**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JENNIFER BROOKS,** | **CASE NO.:** |
| **Plaintiff,** | |
| **v.** | **PETITION FOR REMOVAL** |
| **WALMART, INC.,** | |
| **Defendant.** | **AUGUST 31, 2020** |

---

NOW COMES defendant Walmart, Inc., ("Petitioner"), by and through its undersigned counsel, and respectfully petitions this Honorable Court as follows:

1.      Petitioner is the named defendants in a civil action captioned *Jennifer Brooks v. Walmart, Inc.,* which matter was filed in the Connecticut Superior Court, Judicial District of New Haven at New Haven, docket number NNH-CV20-6106933-S (hereafter "the state court action"). A copy of the Summons and Complaint in the state court action are attached hereto as Exhibits A and B, respectively.

2.      The Complaint in the state court action sounds in negligence and arises from an incident alleged to have occurred on August 4, 2019 within the parking lot of the Wal-Mart store located at 2300 Dixwell Avenue, New Haven, Connecticut. It is alleged that the plaintiff, while holding the status of a business invitee, "was caused to slip and fall, suddenly and without warning, on an accumulation of melted ice cream". *Please see Exhibit B, Para. 4.* Plaintiff alleges  that the incident in question was due to the negligence of Petitioner, and that as a further

1

result of such negligence she was caused to suffer various serious and permanent injuries and losses. *Exhibit B, Paras. 5 - 9.*

3.       Among the injuries and losses claimed by the Plaintiff are the following: injury to the left thigh, left hip, and left hand; injury to the tailbone; and a lumbar spine injury including disc herniations at the L3, L4 and L5 levels.  *Exhibit B, Para. 6.*   The Plaintiff claims to have experienced pain and suffering, and that she has been forced to expend large sums of money for medical care, hospitalization, diagnostic studies, surgery, and therapy, and will be forced to expend such sums in the future.  *Exhibit B, Para. 8.*  She has further alleged to have sustained a decrease in her capacity to engage in and enjoy life's activities.  *Exhibit B, Paras. 9.*

4.       This action is being removed to the District Court pursuant to Title 28, United States Code § 1441(a). In support of this Petition for Removal, Petitioner respectfully states and represents to the Court as follows:

a.       By Complaint dated August 7, 2020, Plaintiff filed suit against the Petitioner. Service was accomplished upon the Petitioner on August 13, 2020, through Petitioner's registered agent for service of process. The Complaint seeks venue in the Superior Court of Connecticut, Judicial District of New Haven at New Haven.

b.       The Plaintiff is a citizen of the State of Connecticut, residing in Hamden, Connecticut.  *Please see Exhibit A.*

c.       The Petitioner, Walmart, Inc., is a corporation duly licensed and registered under the laws of the State of Delaware, having its principal place of business in Bentonville, Arkansas. It has no parent corporations.

d.      In her Complaint, the Plaintiff alleges that as a result of the subject incident, she suffered multiple physical injuries and monetary losses, which are serious and permanent in nature, including disc herniations, diagnostic studies, and surgery.  She further asserts a claim for past and future pain and suffering, disability, and a reduction in her inability to perform and enjoy life's activities.   Consequently, the amount in controversy does exceed $75,000.00, exclusive of interest and costs.

5.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the Plaintiff and the Petitioner, and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

6.      Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to the Plaintiff's claims occurred within the State of Connecticut, and the Petitioner is subject to personal jurisdiction in Connecticut.

7.      Pursuant to 28 U.S.C. §1446(d), the Petitioner has notified the Superior Court of the State of Connecticut of the filing of this Petition by filing the attached Notice of Removal. *Please see Exhibit C.*

WHEREFORE, based upon the foregoing, Petitioner respectfully requests that the state court action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of New Haven at New Haven docket number NNH-CV20-6106933-S, be discontinued.

Respectfully submitted,

DEFENDANT/PETITIONER,
WALMART, INC.,


By:   /s/ *Michael P. Kenney*       
    Michael P. Kenney
    Federal Bar # ct26768
    RYAN RYAN DELUCA LLP
    185 Asylum Street, 6th Floor
    Hartford, CT 06103
    Phone:  860-785-5150
    mpkenney@ryandelucalaw.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JENNIFER BROOKS,** | **CASE NO.:** |
| **Plaintiff,** | |
| **v.** | **CERTIFICATE OF SERVICE** |
| **WALMART, INC.,** | |
| **Defendants.** | **AUGUST 31, 2020** |

I hereby certify that on August 31, 2020, a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A copy of the foregoing was also mailed to:

Rosalie D. Lewis, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull St.
New Haven CT 06510
*Attorneys for the Plaintiff*

_____/s/ *Michael P. Kenney*_____
Michael P. Kenney
Fed. Bar No. ct26768