| | | |
|---|---|---|
| RETURN DATE: SEPTEMBER 15, 2020 | : | SUPERIOR COURT |
| JENNIFER BROOKS | : | J.D. OF NEW HAVEN |
| V. | : | AT NEW HAVEN |
| WALMART, INC. | : | AUGUST 7, 2020 |

## COMPLAINT

1. The Plaintiff, JENNIFER BROOKS, is and was at all relevant times a resident of Hamden, Connecticut.

2. The Defendant, WALMART, INC., is and was at all relevant times a foreign (Arkansas) corporation that is and was registered and authorized to conduct business in Connecticut.

3. At all relevant times, the Defendant owned and operated a certain retail store known as Walmart located at 2300 Dixwell Avenue, Hamden, Connecticut known as store #3545 (hereinafter referred to as "the premises").

4. On August 4, 2019, the Plaintiff was lawfully present on the premises as a business invitee and was walking in the freezer section when she was caused to slip and fall, suddenly and without warning, on an accumulation of melted ice cream as a result of which her body came into violent and forceful contact with the ground.

5. The aforementioned fall was a direct and proximate cause the negligence and carelessness of the Defendant, through one or more of its agents, servants or employees, in one or more of the following ways, in that it/they:

   a. Knew or should have known of the dangerous accumulation of ice cream and/or liquid on the floor that caused the Plaintiff to fall, and failed to take reasonable measures to make the premises safe;

   b. Failed to timely and reasonably inspect the premises for the presence of liquid and/or food on the floor;

   c. Failed to place signage or other visible warnings to alert lawfully present persons, including the plaintiff, of the presence of liquid and/or food on the floor;

   d. Failed to verbally warn the Plaintiff and other lawfully present persons of the presence of liquid and/or food on the floor;

   e. Failed to block-off or barricade that portion of the premises that contained the liquid and/or food on the floor;

   f. Failed to timely or sufficiently clean and/or clear the liquid and/or food that had accumulated on the floor; and/or

   g. Failed to take other reasonable and appropriate steps to prevent the Plaintiff's injury.

6. As a direct and proximate result of the aforementioned negligence and carelessness of the Defendant, through one or more of its agents, servants or employees, the Plaintiff suffered serious and painful personal injuries, some or all of which may be permanent in nature, including, but not limited to:

   a. Injury to the left thigh;

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34878

      b. Injury to the left hip;

      c. Injury to the left hand;

      d. Injury to the tailbone;

      e. Injury to the lumbar spine;

      f. Disc herniation at L3-L5; and

      g. Associated pain and suffering.

7. As a direct and proximate result of the aforementioned negligence and carelessness of the Defendant, through one or more of its agents, servants or employees, the Plaintiff has suffered mental anguish, frustration and anxiety over the fact that she was and remains injured.

8. As a direct and proximate result of the aforementioned negligence and carelessness of the Defendant, through one or more of its agents, servants or employees, the Plaintiff has incurred and will continue to incur in the future expenses for medical care and treatment, including medication, x-rays, diagnostic testing, surgery and therapy, all of which has caused her and will continue to cause her financial loss and damage.

9. As a direct and proximate result of the aforementioned negligence and carelessness of the Defendant, through one or more of its agents, servants or employees, the Plaintiff has suffered and will continue to suffer in the future from a decrease in her capacity to engage in and enjoy life's activities as she was able to do prior to the aforementioned fall and resulting injuries.

WHEREFORE, the Plaintiff claims:

1. Compensatory damages;

2. Such other relief as the Court deems equitable and just.

THE PLAINTIFF

BY _____
ROSALIE D. LOUIS, ESQ.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
New Haven, CT 06510
Juris: 034876

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff claims damages in excess of the sum of fifteen thousand dollars, exclusive of interest and costs.

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34876

4